UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS IVAN ORTEGA,<br><br>   Petitioner,<br><br>  v.<br><br>JAMES A. YATES, Warden,<br><br>   Respondent. | Case No. CV 08-431 RGK (CT)<br><br>ORDER ADOPTING FINDINGS,<br>CONCLUSIONS, AND<br>RECOMMENDATIONS OF UNITED<br>STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the court has reviewed the petition, all the records and files herein, the report and recommendation of the United States Magistrate Judge, and petitioner's objections to the report and recommendation.  Although petitioner's objections to the report and recommendation were due by July 2, 2008, petitioner did not present them to prison officials for mailing until July 8, 2008, as is evidenced on the back of the envelope in which petitioner's objections were delivered.  Despite the untimeliness of the objections, the court has considered them.  The court concurs with and adopts the findings,

///

///

///

1 | conclusions, and recommendations of the magistrate judge.

2 |     IT IS ORDERED that judgment be entered denying the petition for
3 | writ of habeas corpus and dismissing this action with prejudice.

5 | DATED: __JUL 17 2008__         _/s/ Gary Klausner_
6 |                                           R. GARY KLAUSNER
                                          UNITED STATES DISTRICT JUDGE