UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS IVAN ORTEGA,            ) | Case No. CV 08-431 RGK (CT) |
|                                ) | |
|           Petitioner,          ) | |
|                                ) | **J U D G M E N T** |
|      v.                        ) | |
|                                ) | |
| JAMES A. YATES, Warden,        ) | |
|                                ) | |
|           Respondent.          ) | |
| _____  ) | |

In accordance with the report and recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the petition for writ of habeas corpus is denied and this action is dismissed with prejudice.

DATED: JUL 17 2008

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE